Before STATE INDUSTRIAL BOARD. Respondent.

THOMAS POSTLEWAITE, Respondent, *v.* THE CUNARD STEAMSHIP COMPANY, LTD., Appellant.

Appeal from an award of the State Industrial Board, made on the 18th day of September, 1923.

PER CURIAM: The award should be reversed and matter remitted to the State Industrial Board upon the ground that there is no evidence to sustain the findings that the principal place of business of the employer was in New York city or that claimant suffered an accidental injury in the course of an employment entered into in New York State or that the work of claimant in New Jersey at the time of the accident was incidental to business carried on by the employer in New York State. All concur; Cochrane, P. J., and McCann, J., in result. Award reversed and matter remitted to the State Industrial Board, with costs against said Board to abide the event.

Before STATE INDUSTRIAL BOARD, Respondent.

PETER SWANSON, Respondent, *v.* ERASTUS T. TEFFT and Another, Appellants.

*Workmen's compensation — employee who is aggressor in assault and battery is not entitled to compensation.*

Appeal from an award of the State Industrial Board, made on the 27th day of March, 1924.

PER CURIAM: There is substantial evidence that claimant participated in the drunken brawl and assaulted Petrowsky before the latter shot the claimant. If such is the fact, claimant is not entitled to an award. (*Griffin* v. *Roberson & Son,* 176 App. Div. 6; *Stillwagon* v. *Callan Brothers, Inc.,* 183 id. 141; affd., on opinion below, 224 N. Y. 714.) Not only is there direct evidence that claimant struck Petrowsky and knocked him down but there is uncontradicted evidence that the latter after the affray was bruised and otherwise injured. The finding that " claimant thereupon led said fellow-employee, one Petrowsky, from said passageway and out of his own way into Petrowsky's room " is evasive of the essentially vital question in the case. That question is whether claimant assaulted Petrowsky and it is not covered or decided by the findings as made. We think there should be a specific finding on that question. Award reversed and matter remitted to the State Industrial Board, with costs against said Board to abide the event. All concur.